# KESSLER LAW LLC

**David Kessler**
dkessler@kesslerlaw.com

**Adam S. Kessler**
akessler@kesslerlaw.com

**Michelle Conroy**
mconroy@kesslerlaw.com

All attorneys admitted in NJ and NY

354 Eisenhower Parkway
Plaza I, Suite 2250
Livingston, New Jersey 07039

Tel 973.773.1200   Fax 973.773.6533
Web www.kesslerlaw.com

**Additional Office**
230 Park Avenue
18th Floor
New York, NY 10169

Reply to Livingston Office

---

May 30, 2025

By CM/ECF
Hon. Justin T. Quinn, U.S.M.J.
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: CDG Architects LLC d/b/a
Concept Design Group
vs. Chai Care LLC, Moshe Ekstein,
Israel Rosman, Zalmen Horowitz
and David Weinberger
Case No. 3:23-cv-3483

Dear Judge Quinn:

We represent Defendants, Chai Care LLC, Moshe Ekstein, Israel Rosman, Zalmen Horowitz and David Weinberger (collectively, "Defendants") in the above-captioned action.

The purpose of this letter is to advise that a settlement has been reached between the parties and a Settlement Agreement has been partially signed.

The Settlement Agreement has not yet been signed by Defendant, Moshe Ekstein, as he cannot currently be reached. Additionally, Mr. Ekstein may not be available to sign the Settlement Agreement on Monday, June 1st and Tuesday, June 2nd because a holiday falls on those dates.

We will continue to reach out to Mr. Ekstein and submit the fully executed Settlement Agreement at the earliest opportunity.

Thank you for Your Honor's attention to this matter. Please do not hesitate to call should Your Honor have any questions.

Respectfully Submitted,
*/s/ Adam S. Kessler*
Adam S. Kessler

AK/mn
cc: Peter Y. Lee, Esq.