UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Trenton Vicinage)

| | |
|---|---|
| CDG ARCHITECTS LLC d/b/a Concept Design Group,<br><br>    Plaintiff,<br><br>vs.<br><br>CHAI CARE LLC; MOSHE EKSTEIN; ISRAEL ROSMAN; ZALMEN HOROWITZ; and DAVID WEINBERGER,<br><br>    Defendants. | Case 2:23-cv-03483-RK-DEA<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MOSHE EKSTEIN, ISRAEL ROSMAN AND ZALMEN HOROWITZ |

IT IS HEREBY STIPULATED AND AGREED this 5th day of May 2025, by and between Plaintiff, CDG ARCHITECTS LLC d/b/a Concept Design Group and Defendants, MOSHE EKSTEIN, ISRAEL ROSMAN and ZALMEN HOROWITZ, through their respective undersigned counsel, who each are authorized to enter into this stipulation, that this action is dismissed with prejudice and without costs or fees assessed against one another.

LEE, LLC
*Attorneys for Plaintiff,*
*CDG Architects LLC d/b/a*
*Concept Design Group*

By: _____ 6/18/25
PETER Y. LEE, ESQ.

KESSLER LAW LLC
*Attorneys for Defendants,*
*Chai Care LLC, Moshe Ekstein,*
*Israel Rosman, Zalmen Horowitz and*
*David Weinberger*

By: *Adam Kessler*
ADAM S. KESLLER, ESQ.

SO ORDERED ON MAY ___, 2025

_____ 7/24/2025
HON. JUSTIN T. QUINN, U.S.M.J.