UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Trenton Vicinage)

| | |
|---|---|
| CDG ARCHITECTS LLC d/b/a Concept Design Group,<br><br>Plaintiff,<br><br>vs.<br><br>CHAI CARE LLC; MOSHE EKSTEIN; ISRAEL ROSMAN; ZALMEN HOROWITZ; and DAVID WEINBERGER,<br><br>Defendants. | Case 2:23-cv-03483-RK-DEA<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CHAI CARE LLC AND DAVID WEINBERGER |

IT IS HEREBY STIPULATED AND AGREED this ____ day of MAY 2025, by and between Plaintiff, CDG ARCHITECTS LLC d/b/a Concept Design Group and Defendants, CHAI CARE LLC and DAVID WEINBERGER, through their respective undersigned counsel, who each are authorized to enter into this stipulation, that this action is dismissed with prejudice in accordance with the Court orders at ECF 79 (regarding mediator's proposal) and ECF 80 (60-day order), as extended, and the parties' confidential settlement agreement.

Plaintiff, CDG ARCHITECTS LLC and Defendants, CHAI CARE LLC and DAVID WEINBERGER, jointly and severally, agree to and request the continuing jurisdiction of this Honorable Court as to any and all matters pertaining to the parties' settlement agreement, including the enforcement of any judgments confessed by CHAI CARE LLC and DAVID WEINBERGER. It is expressly understood and agreed by the parties and their counsel that David Weinberger shall have absolutely no liability to CDG after $150,000.00 is paid to Chai in accordance with the parties' settlement agreement.

LEE, LLC
*Attorneys for Plaintiff,*
*CDG Architects LLC d/b/a*
*Concept Design Group*

6/18/25

By: _____
PETER Y. LEE, ESQ.

KESSLER LAW LLC
*Attorneys for Defendants,*
*Chai Care LLC, Moshe Ekstein,*
*Israel Rosman, Zalmen Horowitz and*
*David Weinberger*

By: *Adam Kessler* _____
ADAM S. KESLLER, ESQ.

**SO ORDERED ON MAY ____, 2025**

The Court shall continue to exercise jurisdiction over any and all matters pertaining to the parties' settlement agreement, including the entry and enforcement of any judgments confessed by Defendants, Chai Care LLC and David Weinberger.

7/24/2025

HON. JUSTIN T. QUINN, U.S.M.J.